UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                   Plaintiff-Respondent,

    -against-

SERVANDO JOSE GOMEZ,

                   Defendant-Petitioner.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

15 Cr. 487-4 (GBD)

GEORGE B. DANIELS, United States District Judge:

On December 16, 2021, this Court received, by mail, Petitioner's *pro se* motion for Immediate Compassionate Release, Extraordinary and Compelling Reasons-Circumstances pursuant to 18 U.S.C. § 3582 (c)(1)(A).

The Government is ordered to respond to Petitioner's *pro se* motion by September 26, 2022.

Dated: New York, New York
        August 17, 2022

                                                SO ORDERED.

                                                *George B. Daniels*
                                                GEORGE B. DANIELS
                                                United States District Judge