UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

SERVANDO JOSE GOMEZ,

                          Defendant.

------------------------------------x

ORDER

15 Crim. 487-4 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant may file a reply in support of his Motion for Compassionate Release, (ECF No. 678) no later than May 7, 2023.

The Clerk of Court is directed to mail a copy of (a) this order; (b) the Government's response to Defendant's Motion at ECF No. 680; and (c) the docket sheet to Defendant. The Clerk of Court is further directed to note service on the docket.

Dated: April 12, 2023
       New York, New York

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge