UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

SERVANDO JOSE GOMEZ,

                          Defendant.

------------------------------------ x

ORDER

15 Crim. 487-4 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Having been released from BOP custody on March 27, 2023, the Defendant's motion for compassionate release is hereby DENIED as moot.

    The Clerk of Court is ordered to close the open motion at ECF No. 678.

Dated: April 12, 2023
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge